| DISTRICT COURT, MESA COUNTY, COLORADO<br>125 NORTH SPRUCE STREET<br>GRAND JUNCTION, CO 81501<br>970-257-3640 | |
|---|---|
| CB INTERNATIONAL INVESTMENTS, LLC, a Florida Limited Liability Company<br><br>Plaintiff<br><br>v.<br><br>MARY J. BOWLES TRUST DATED SEPTEMBER 23, 1987; THE QTIP TRUST U/W/O THOMAS C. BOWLES; CHRISTINA BRICE; DONALD CAVALLI; VICTORIA CAVALLI; KEVIN CAVALLI; GREGORY CAVALLI, LINDSAY CAVALLI AS CUSTODIAN FOR SKYE CAVALLI; LINDSAY CAVALLI AS CUSTODIAN FOR TIA CAVALLI; UNITED STATES DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE; and all unknown persons who claim an interest in the subject matter of this action,<br><br>Defendants. | ▲ COURT USE ONLY ▲ |
| Attorney for Plaintiff<br>Larry B. Beckner<br>Beckner & Hurd, LLC<br>200 N. 6th Street, Suite 103<br>P.O. Box 220<br>Grand Junction, CO 81502<br>Phone:   (970) 245-4300<br>Fax:      (970) 243-4358<br>E-mail:  larry@becknerpc.com          Atty. Reg. #8090 | Case No.: 15 CV 30285<br>Ctrm/Div.: |
| **VERIFIED COMPLAINT TO QUIET TITLE** | |

Plaintiff, CB International Investments, LLC, a Florida Limited Liability Company, by and through its counsel, for its Complaint to Quiet Title against Defendants states as follows:

## I. INTRODUCTION

1. In this case, Plaintiff seeks to quiet title to a fee simple interest in real property described as Lot 4, MERIDIAN PARK REPLAT, County of Mesa, State of Colorado, and commonly known as 2790 Acrin Avenue, Grand Junction, Colorado 81503. Plaintiff claims possession and ownership to the Property by virtue of a Treasurer's Deed which is superior to the rights of Defendants in the Property.

## II. JURISDICTION AND VENUE

2. Jurisdiction is proper in this Court pursuant to C.R.S. §13-1-124(1)(c).

3. The Property involved in this matter is located in Mesa County, Colorado and therefore venue is proper pursuant to Rule 98, C.R.C.P.

## III. PARTIES

4. Plaintiff is a Florida Limited Liability Company with an address of 1401 Highway A1A, Suite 202, Vero Beach FL 32963-5339.

5. Defendants Mary J. Bowles Trust Dated September 23, 1987 and the QTIP Trust U/W/O Thomas C. Bowles have an address of 291 S. La Cinenega Blvd. #401, Beverly Hills, CA 90211.

6. Defendant Christina Brice is an individual with an address of 6941 Lydia Drive, Huntington Beach, CA 92647-4300.

7. Defendant Donald Cavalli is an individual with an address of 1243 Ledell Drive, Redding, CA 96002-3609.

8. Defendant Victoria Cavalli is an individual with an address of 5848 Green Acres Drive, Anderson, CA 96007-8328.

9. Defendant Gregory Cavalli is an individual with an address of 8675 Falmouth Avenue, Apt. 316, Playa del Rey, CA 90293-8691.

10. Defendant Kevin Cavalli is an individual with an address of P.O. Box 6386, Laguna Niguel, CA 92607.

11. Defendant Lindsay Cavalli as custodian for Skye Cavalli and as custodian for Tia Cavalli is an individual with an address of 9462 La Costa Lane, Lone Tree, CO 80124.

12. Defendant United States Department of the Treasury, Internal Revenue Service, is a federal governmental agency with an address of c/o United States Attorney for the District of Colorado, 1225 17th Street, Suite 700, Denver, CO 80202.

2

13. There may be persons interested in the subject matter of this action whose names cannot be inserted because these persons are unknown to the Plaintiff although diligent efforts have been made to ascertain the names of such persons. These individuals have been made defendants and designated as "all unknown persons who claim any interest in the subject matter of this action." So far as Plaintiff's knowledge extends the interests of the unknown parties are derived through some one or more of the named Defendants.

14. None of the Defendants are in the military and no designation of an attorney is necessary to represent any interests under the Soldiers' and Sailors' Civil Relief Act of 1940, as amended, and renamed the Servicemembers Civil Relief Act, Title 50 USC App. Sections 501, et. seq. Plaintiff has searched the Department of Defense SCRA website and the response reflects that none of the individual defendants in this proceeding are active members of the United States Military and no appointment of an attorney is necessary under 50 USC Section 520 of the Service Member Relief Act.

## IV. GENERAL ALLEGATIONS

15. Plaintiff received title to the Property by virtue of a Treasurer's Deed issued by the Mesa County Treasurer dated March 2, 2015. The Deed was recorded on March 3, 2015 at Reception No. 2716323. The proceedings of the Mesa County Treasurer in the issuance of the Deed comply with Colorado law and vests title in the name of Plaintiff which title is superior in right to any claims of the Defendants.

16. Defendants Mary J. Bowles Trust Dated September 23, 1987 and the QTIP Trust U/W/O Thomas C. Bowles may claim an interest in the Property by virtue of a Special Warranty Deed conveying title to the trusts and which deed was recorded May 20, 2005 at Reception No. 2256082, and by virtue of a Deed of Trust recorded February 26, 2010 at Reception #2524792.

17. Defendant QTIP Trust U/W/O Thomas C. Bowles may claim an interest in the Property by virtue of a Trustee's Deed recorded September 1, 2011 at Reception No. 2583570, and by virtue of an Assignment of Deed of Trust or Mortgage Deed recorded on September 1, 2011 at Reception No. 2583571.

18. Defendants Christina Brice, Donald Cavalli, Victoria Cavalli, Gregory Cavalli, Kevin Cavalli, and Lindsay Cavalli as custodian for Skye Cavalli and as custodian for Tia Cavalli, may claim an interest in the Property by virtue of a Trustee's Deed recorded August 9, 2011 at Reception No. 2583570.

19. Defendant United States Department of the Treasury, Internal Revenue Service may claim in interest in the Property by virtue of a Notice of Federal Tax Lien recorded February 3, 2010 at Reception No. 2522226. A copy of the recorded lien is attached as Exhibit 1.

20. A valid tax deed extinguishes all previous encumbrances against the Property. The Defendants may claim some right, title or interest in the Property which is adverse to

Plaintiff but any such claims of Defendants are without foundation or right and any such claims are inferior to the rights of Plaintiff.

WHEREFORE, Plaintiff prays for entry of an order completely adjudicating the rights of all parties to this action regarding the Property; for a decree determining that Defendants and each of them have no interest, estate, or claim of any kind in the Property and forever barring and enjoining the Defendants from asserting any claim or title thereto; for a decree quieting title in the name of the Plaintiff in and to the Property and adjudging that Plaintiff is the owner in fee simple and is entitled to exclusive ownership and possession of the Property; and for such other relief as to the Court may seem proper.

Respectfully submitted this 27 day of April, 2015.

BECKNER & HURD, LLC

By _____  #8090
Larry B. Beckner

Address of Plaintiff:
1401 Highway A1A, Suite 202
Vero Beach FL 32963-5339

3

## VERIFICATION

I, Larry B. Beckner, attorney for Plaintiff, certify that the allegations set forth in the above Verified Complaint are true and accurate to the best of my knowledge and belief. This Verification is based on information I have independently obtained and on information provided to me by Plaintiff and by Robert C. Reece as the title examiner for Advanced Title Company, Grand Junction, Colorado.

Dated this 27 day of April, 2015.

_____
Larry B. Beckner

STATE OF COLORADO )
                  ) ss.
COUNTY OF MESA    )

The foregoing instrument was acknowledged before me this 27 day of April, 2015, by Larry B. Beckner.

WITNESS my hand and seal.

_____
Notary Public

PATRICIA J. SMITH
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID #20074026340
My Commission Expires July 9, 2019

4