IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 15-cv-01105-RBJ

CB INTERNATIONAL INVESTMENTS, LLC, a Florida Limited Liability Company,

    Plaintiff,

v.

MARY J. BOWLES TRUST DATED SEPTEMBER 23, 1987;
QTIP TRUST U/W/O THOMAS C. BOWLES;
CHRISTINA BRICE;
DONALD CAVALLI;
VICTORIA CAVALLI;
KEVIN CAVALLI;
GREGORY CAVALLI;
LINDSAY CAVALLI, a Custodian for Skye Cavalli and Tia Cavalli;
UNITED STATES DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE,
and all unknown persons who claim an interest in the subject matter of this action,

    Defendants.

## ORDER TO SET SCHEDULING CONFERENCE

This matter comes before the Court *sua sponte*. In light of the decline of consent to a magistrate judge by one or more of the parties in this case and its reassignment to this Court, the Scheduling Conference set August 25, 2015 before Magistrate Judge Tafoya has been VACATED. The parties are ordered to set an initial scheduling conference in this Court (with Judge Jackson) pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1. Each party's lead trial counsel shall attend the conference. The conference shall be held in Courtroom A-902, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties are directed to jointly contact Chambers by telephone at (303) 844-4694 or by email at

Jackson_Chambers@cod.uscourts.gov to obtain a scheduling conference date within 14 days of the date of this order.

A meeting for the purposes of attempting to agree on a scheduling order and satisfying the requirements of Fed. R. Civ. P. 26(f) should be held no later than 21 days before the proposed scheduling order is tendered. The proposed scheduling order, which should be prepared as described in the local rules, should be tendered by email no later than five days before the scheduling conference. A copy of instructions for the preparation of a scheduling order and a form scheduling order can be downloaded from the Court's website (http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/Forms.aspx).

DATED this 26th day of August, 2015.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge