IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 15-cv-01105-RBJ

CB INTERNATIONAL INVESTMENTS, LLC, a Florida Limited Liability Company,

    Plaintiff,

v.

MARY J. BOWLES TRUST DATED SEPTEMBER 23, 1987;
QTIP TRUST U/W/O THOMAS C. BOWLES;
CHRISTINA BRICE;
DONALD CAVALLI;
VICTORIA CAVALLI;
KEVIN CAVALLI;
GREGORY CAVALLI;
LINDSAY CAVALLI, a Custodian for Skye Cavalli and Tia Cavalli;
UNITED STATES DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE,
and all unknown persons who claim an interest in the subject matter of this action,

    Defendants.

---

ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

This matter has been scheduled for a **two day Bench Trial** on the docket of Judge R. Brooke Jackson in the **Wayne Aspinall Federal Building, 402 Rood Avenue, Grand Junction, Colorado**, to commence on **Tuesday, August 9, 2016 at 9:00 a.m.** [1]

A Trial Preparation Conference is set for **July 21, 2016 at 8:30 a.m. in the Alfred A. Arraj United States Courthouse, Courtroom A902, 901 19th Street, Denver, Colorado.**

Counsel who will try the case shall attend in person.

---

[1] Please note that due to a scheduling conflict with the courtroom in Grand Junction the start date of the trial will be Tuesday, August 9, 2015 rather than Monday, August 8, 2015 as discussed in the scheduling conference held December 9, 2015.

During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial. Proposed jury instructions should be emailed to Jackson_chambers@cod.uscourts.gov at least five business days in advance of the Trial Preparation Conference.

For additional information, please review my practice standards located at http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx

DATED this 10th day of December, 2015.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge